No. 87–5502.  IN RE GILBERT.  Petition for writ of mandamus and/or prohibition denied.

No. 87–253.  BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* KENDRICK ET AL.;
No. 87–431.  BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* KENDRICK ET AL.; and
No. 87–462.  KENDRICK ET AL. *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.  Appeals from D. C. D. C.  Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument.

No. 87–336.  VAN CAUWENBERGHE *v.* BIARD.  C. A. 9th Cir. Certiorari granted.

No. 87–526.  FELDER *v.* CASEY ET AL.  Sup. Ct. Wis.  Certiorari granted.

No. 86–6902.  FUNKHOUSER *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 86–7048.  JOHNSON *v.* SWYKA ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 86–7106.  MOON *v.* KEMP, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 86–7121.  BURTON *v.* FOLTZ, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 86–7131.  WALEN *v.* MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 87–62.  SCHMIDT ET UX. *v.* OHIO.  Sup. Ct. Ohio.  Certiorari denied.